**LINK: 84**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUTH GROUP, INC., <br><br>        Plaintiff, <br><br>   vs. <br><br> THE SYGMA NETWORK, INC. et al., <br><br>        Defendants. | **Case No. CV 07-07808 GAF (AGRx)** <br><br><br> JUDGMENT |

The Court, having granted summary judgment on March 5, 2009 in favor of defendant Sygma Network, Inc. ("Sygma") on plaintiff Lauth Group, Inc.'s ("Lauth") First, Third, and Fifth Causes of Action, and the parties having previously stipulated to dismissal of the Second and Fourth Causes of Action,

Judgment is hereby entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in favor of Sygma on all five causes of action set forth in Lauth's complaint, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: March 30, 2009

_____
Judge Gary Allen Feess
United States District Court